# UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARTFORD & SONS, LLC | § | Case No. 13-34832 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 08/30/2013 . The case was converted to one under Chapter 7 on 09/17/2013 . The undersigned trustee was appointed on 09/17/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $       46,785.86

   Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,069.47 |
| Bank service fees | 2,190.44 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]              $       43,525.95

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/02/2014  and the deadline for filing governmental claims was  06/02/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,428.59 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 5,428.59 , for a total compensation of $ 5,428.59 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 163.91 , for total expenses of $ 163.91 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2017                      By:/s/R. SCOTT ALSTERDA
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| | |
|---|---|
| Case No: | 13-34832   DRC   Judge: DONALD R. CASSLING |
| Case Name: | HARTFORD & SONS, LLC |
| For Period Ending: | 06/15/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 09/17/13 (c) |
| 341(a) Meeting Date: | 01/30/14 |
| Claims Bar Date: | 06/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. MB Financial Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. Standard Bank & Trust Checking | 420.00 | 0.00 | | 0.00 | FA |
| 3. Robert Lefley, Landlord | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable Approx. 2.5 millions | 2,500,000.00 | 0.00 | | 0.00 | FA |
| 5. Plumbing Contractor's Liciense | 0.00 | 0.00 | | 0.00 | FA |
| 6. 1995 Dump Truck | 8,000.00 | 3,500.00 | | 3,500.00 | FA |
| 7. Misc Computer tables and chairs, desks, printers, | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. Excavator | 24,000.00 | 0.00 | | 0.00 | FA |
| 9. Spare parts | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. ComEd Overpayment Credit (u) | 908.06 | 908.06 | | 908.06 | FA |
| 11. Auto-Owners Insurance Refund (u) | 0.00 | 4,987.91 | | 4,987.91 | FA |
| 12. Settlement Avoidable Transfer (u) | 0.00 | 36,389.89 | | 36,389.89 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,544,328.06 | $45,785.86 | $45,785.86 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 13-34832 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|---|
| Case Name: | HARTFORD & SONS, LLC | | | | Date Filed (f) or Converted (c): | 09/17/13 (c) |
| | | | | | 341(a) Meeting Date: | 01/30/14 |
| | | | | | Claims Bar Date: | 06/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The 7th Circuit Court of Appeals recently affirmed the Trustee's settlement of a fraudulent transfer claim. Subject to notice of a hearing on the Final Report and Final Fee Applications, the Trustee is prepared to disburse funds in the Bankruptcy Estate.

Initial Projected Date of Final Report (TFR): 03/31/15        Current Projected Date of Final Report (TFR): 10/31/17

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 13-34832  -DRC |
| Case Name: | HARTFORD & SONS, LLC |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |

Taxpayer ID No:   *******4845
For Period Ending:  06/15/17

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/14 | 10 | ComEd<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | ComEd Overpayment Credit | 1221-000 | 908.06 | | 908.06 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 0.74 | 907.32 |
| 04/07/14 | | Heath Industrial Auction Services, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | 1995 International 4700 Dump Truck | | 3,500.00 | | 4,407.32 |
| | 6 | | Memo Amount:         4,500.00<br>Sale of Dump Truck | 1129-000 | | | |
| | | | Memo Amount:     (     500.00 )<br>Transportation International | 3620-000 | | | |
| | | | Memo Amount:     (     500.00 )<br>Labor and Marketing International | 3620-000 | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,397.32 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,387.32 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,377.32 |
| 07/22/14 | 11 | Auto-Owners Insurance<br>Box 30660<br>Lansing, Michigan 48909-8160 | Insurance Premium Refund | 1290-000 | 4,987.91 | | 9,365.23 |

Page Subtotals              9,395.97              30.74

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Ver: 20.00a

LFORM24

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-34832  -DRC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HARTFORD & SONS, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4845 | | |
| For Period Ending: | 06/15/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 07/30/14 | 12 | Thomas O. Hartford<br>640 Chapel St.<br>Ottawa, IL 61350 | Settlement Avoidable Transfer | 1241-000 | 36,389.89 | | 45,755.12 |
| | 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 45,745.12 |
| * | 08/18/14 | 8 | Howell Tractor and Equipment LLC<br>Cole Taylor Bank<br>Rosemont, IL 60018 | Sale of Excavator [Dkt 79] ERROR<br>(Deposit in error - wrong case) | 1129-003 | 10,000.00 | | 55,745.12 |
| * | 08/18/14 | 8 | Howell Tractor and Equipment LLC<br>Cole Taylor Bank<br>Rosemont, IL 60018 | Sale of Excavator [Dkt 79]<br>(Reversal of deposit - error) | 1129-003 | -10,000.00 | | 45,745.12 |
| | 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.99 | 45,677.13 |
| | 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.72 | 45,611.41 |
| | 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.81 | 45,543.60 |
| | 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.53 | 45,478.07 |
| | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.61 | 45,410.46 |
| | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.52 | 45,342.94 |
| | 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza | Bond #10BSBGR6291 | 2300-000 | | 25.43 | 45,317.51 |

Page Subtotals        36,389.89        437.61

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Ver: 20.00a

LFORM24

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-34832 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HARTFORD & SONS, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4845 | | | |
| For Period Ending: | 06/15/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 60 East 42nd Street, Room 965 New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.89 | 45,256.62 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.30 | 45,189.32 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.02 | 45,124.30 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.09 | 45,057.21 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.82 | 44,992.39 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.89 | 44,925.50 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.79 | 44,858.71 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.55 | 44,794.16 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.60 | 44,727.56 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.35 | 44,663.21 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.40 | 44,596.81 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.31 | 44,530.50 |
| 02/12/16 | 030003 | Arthur B. Levine Company Attention Maria Sponza | Bond Payment | 2300-000 | | 27.42 | 44,503.08 |
| | | | Page Subtotals | | 0.00 | 814.43 | |

FORM 2                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                               Exhibit B

| | |
|---|---|
| Case No:          13-34832  -DRC | Trustee Name:   R. SCOTT ALSTERDA |
| Case Name:    HARTFORD & SONS, LLC | Bank Name:       ASSOCIATED BANK |
| | Account Number / CD #:   *******9966  Checking Account (Non-Interest Earn |
| Taxpayer ID No:  *******4845 | |
| For Period Ending:  06/15/17 | Blanket Bond (per case limit):   $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 Lexington Avenue, Suite 1101 New York, New York 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.91 | 44,441.17 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.07 | 44,375.10 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.85 | 44,311.25 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.88 | 44,245.37 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.66 | 44,181.71 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.69 | 44,116.02 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.58 | 44,050.44 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.38 | 43,987.06 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.40 | 43,921.66 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.19 | 43,858.47 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.21 | 43,793.26 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.11 | 43,728.15 |
| 02/10/17 | 030004 | International Sureties, Ltd. 701 Poydras Street, Suite 420 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 15.88 | 43,712.27 |

Page Subtotals                0.00              790.81

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                                       Ver: 20.00a

Page:   5

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-34832 -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HARTFORD & SONS, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4845 | | | |
| For Period Ending: | 06/15/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.71 | 43,653.56 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.90 | 43,588.66 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.71 | 43,525.95 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 4,500.00 | COLUMN TOTALS | 45,785.86 | 2,259.91 | 43,525.95 |
| Memo Allocation Disbursements: | 1,000.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 45,785.86 | 2,259.91 | |
| Memo Allocation Net: | 3,500.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 45,785.86 | 2,259.91 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 4,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,000.00 | Checking Account (Non-Interest Earn - *******9966 | 45,785.86 | 2,259.91 | 43,525.95 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 3,500.00 | | 45,785.86 | 2,259.91 | 43,525.95 |
| | | | =============== | =============== | =============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   R. SCOTT ALSTERDA

Trustee's Signature: _____   Date: 06/15/17

Page Subtotals          0.00          186.32

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

Exhibit B

| Case No: | 13-34832  -DRC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HARTFORD & SONS, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4845 | | |
| For Period Ending: | 06/15/17 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

R. SCOTT ALSTERDA

| | | Page Subtotals | | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 1                                                                           Date: June 15, 2017

Case Number:    13-34832                        Claim Class Sequence
Debtor Name:    HARTFORD & SONS, LLC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000 2200-00 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Administrative | | $163.91 | $0.00 | $163.91 |
| 000 2100-00 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Administrative | | $5,428.59 | $0.00 | $5,428.59 |
| 001 3110-00 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Administrative | | $30,509.50 | $0.00 | $30,509.50 |
| 001 3110-00 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Administrative | | $447.80 | $0.00 | $447.80 |
| 001 3410-00 | Kutchins, Robbins & Diamond, Ltd. c/o Lois West 35 East Wacker Drive, Suite 1550 Chicago, IL 60601 | Administrative | | $484.50 | $0.00 | $484.50 |
| 000005 001 2950-00 | Office of the U.S. Trustee 219 S. Dearborn St. Room 873 Chicago, IL 60604 | Administrative | | $325.00 | $0.00 | $325.00 |
| BOND 999 2300-00 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Administrative | | $16.62 | $16.62 | $0.00 |
| BOND 999 2300-00 | Arthur B Levine Company Attention Maria Sponza 60 East 42nd Street, Room 965 New York, New York 10165 | Administrative | | $52.85 | $52.85 | $0.00 |
| 000003B 045 5800-00 | Illinois Dept. of Employment Security 33 S State St. 10th Flr Bankruptcy Unit Chicago, Illinois 60603 | Priority | | $134,358.00 | $0.00 | $134,358.00 |
| 000004 045 5800-00 | Illinois Dept. of Employment Security 33 S State St. 10th Flr Bankruptcy Unit Chicago, Illinois 60603 | Priority | | $3,624.09 | $0.00 | $3,624.09 |
| 000009B 040 5400-00 | International Union of Operating Engineers, Local 150 c/o Elizabeth A. LaRose IUOE Local 150 Legal Department 6140 Joliet Road Countryside IL 60525 | Priority | | $2,885.90 | $0.00 | $2,885.90 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 15, 2017

Case Number:    13-34832
Debtor Name:    HARTFORD & SONS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010A 040 5400-00 | Midwest Operating Engineers Welfare Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Priority | | $45,649.98 | $0.00 | $45,649.98 |
| 000011A 040 5400-00 | Operating Engineers Local 150 Apprenticeship Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Priority | | $3,442.52 | $0.00 | $3,442.52 |
| 000012A 040 5400-00 | Construction Industry Research & Service Trust Fund c/o Elizabeth LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Priority | | $1,046.52 | $0.00 | $1,046.52 |
| 000013A 040 5400-00 | Midwest Operating Engineers Retirement Enhancement c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Priority | | $2,754.00 | $0.00 | $2,754.00 |
| 000014A 040 5400-00 | Local 150 I.U.O.E. Vacation Savings Plan c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Priority | | $5,232.60 | $0.00 | $5,232.60 |
| 000018A 040 5400-00 | Midwest Operating Engineers Pension Trust Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, P.C. 6141 Joliet Road Countryside IL 60525 | Priority | | $27,640.82 | $0.00 | $27,640.82 |
| 000026C 045 5800-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7346 | Priority | | $273,767.22 | $0.00 | $273,767.22 |
| 000027A 040 5400-00 | Plumbers' Fringe Benefit Funds Local 130, U.S. Mr. Frank Marco Gregorio & Associates 2 N. LaSalle Street, Suite 1650 Chicago, IL 60602 | Priority | | $146,924.50 | $0.00 | $146,924.50 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3

Date: June 15, 2017

Case Number:   13-34832
Debtor Name:   HARTFORD & SONS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | CNH Capital America LLC PO Box 3600 Lancaster, PA 17604-3600 | Unsecured | | $11,929.05 | $0.00 | $11,929.05 |
| 000002 070 7100-00 | National Power Rodding Corp 2500 W Arthington Street Chicago, IL 60612-4108 | Unsecured | | $8,435.14 | $0.00 | $8,435.14 |
| 000003C 080 7300-00 | Illinois Dept. of Employment Security 33 S State St. 10th Flr Bankruptcy Unit Chicago, Illinois 60603 | Unsecured | | $3,900.00 | $0.00 | $3,900.00 |
| 000006 070 7100-00 | United Parcel Service c/o Receivable Management Services (RMS) P.O. Box 4396 Timonium, MD 21094 | Unsecured | | $226.34 | $0.00 | $226.34 |
| 000008 070 7100-00 | Northern Safety Co Inc PO Box 4250 Utica, NY 13504-4250 | Unsecured | | $457.12 | $0.00 | $457.12 |
| 000009A 070 7100-00 | International Union of Operating Engineers, Local150 c/o Elizabeth A. LaRose IUOE Local 150 Legal Department 6140 Joliet Road Countryside IL 60525 | Unsecured | | $5,201.66 | $0.00 | $5,201.66 |
| 000010B 070 7100-00 | Midwest Operating Engineers Welfare Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Unsecured | | $113,767.73 | $0.00 | $113,767.73 |
| 000011B 070 7100-00 | Operating Engineers Local 150 Apprenticeship Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Unsecured | | $8,704.37 | $0.00 | $8,704.37 |
| 000012B 070 7100-00 | Construction Industry Research & Service Trust Fund c/o Elizabeth LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Unsecured | | $2,470.69 | $0.00 | $2,470.69 |
| 000013B 070 7100-00 | Midwest Operating Engineers Retirement Enhancement c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Unsecured | | $7,026.71 | $0.00 | $7,026.71 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 4                                                                              Date: June 15, 2017

Case Number:    13-34832                          Claim Class Sequence
Debtor Name:    HARTFORD & SONS, LLC

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014B 070 7100-00 | Local 150 I.U.O.E. Vacation Savings Plan c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Unsecured | | $13,355.92 | $0.00 | $13,355.92 |
| 000015 070 7100-00 | Beverly Asphalt Paving Co. c/o Laurie A. Silvestri 70 W. Madison St., Ste 3700 Chicago, IL 60602 | Unsecured | | $13,720.00 | $0.00 | $13,720.00 |
| 000016 070 7100-00 | Travelers Indemnity Company c/o RMS P.O. Box 5126 Timonium, MD 21094 | Unsecured | | $1,490.00 | $0.00 | $1,490.00 |
| 000017 070 7100-00 | Wolf & Company LLP Attn: Marie R. Anderson 1901 S. Meyers Road, Suite 500 Oakbrook Terrace, IL 60611 | Unsecured | | $7,083.66 | $0.00 | $7,083.66 |
| 000018B 070 7100-00 | Midwest Operating Engineers Pension Trust Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, P.C. 6141 Joliet Road Countryside IL 60525 | Unsecured | | $62,095.19 | $0.00 | $62,095.19 |
| 000019 070 7100-00 | Morgan Park Auto Service, Inc. 11200 South Halsted Street Chicago, IL 60628 | Unsecured | | $2,650.33 | $0.00 | $2,650.33 |
| 000020 070 7100-00 | Paul Horowitz Ltd. dba Horowitz & Weinstein Horowitz Law Offices 311 West Superior Street, Suite 314 Chicago, IL 60654 | Unsecured | | $8,588.44 | $0.00 | $8,588.44 |
| 000021 070 7100-00 | United Rentals, Inc. Attn:  Rhonda Sims 6125 Lakeview Road #300 Charlotte, NC 28269 | Unsecured | | $15,989.36 | $0.00 | $15,989.36 |
| 000022 070 7100-00 | Patten Industries Inc. 635 West Lake Street Elmhurst, IL 60128 | Unsecured | | $31,471.35 | $0.00 | $31,471.35 |
| 000023 070 7100-00 | T & W Edmier Corporation 249 West Lake Street Elmhurst, IL 60126 | Unsecured | | $22,443.57 | $0.00 | $22,443.57 |
| 000024 070 7100-00 | Garth Building Products and Services Corporation c/o Angelo J. Vitiritti 16231 Wausau Avenue | Unsecured | | $7,959.76 | $0.00 | $7,959.76 |

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Page 5

Date: June 15, 2017

| Case Number: | 13-34832 | | | Claim Class Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | HARTFORD & SONS, LLC | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | South Holland, IL 60473 | | | | | |
| 000025 070 7100-00 | Harts Tractor Co. Inc. c/o Nigro, Westfall & Gryska, P.C. 1793 Bloomingdale Rd Glendale Heights, IL 60139 | Unsecured | | $9,674.26 | $0.00 | $9,674.26 |
| 000026A 070 7100-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7346 | Unsecured | | $98,721.85 | $0.00 | $98,721.85 |
| 000027B 070 7100-00 | Plumbers' Fringe Benefit Funds Local 130, U.S. Mr. Frank Marco Gregorio & Associates 2 N. LaSalle Street, Suite 1650 Chicago, IL 60602 | Unsecured | | $42,993.40 | $0.00 | $42,993.40 |
| 000028B 070 7100-00 | First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60062 | Unsecured | | $15,107.71 | $0.00 | $15,107.71 |
| 000003A 050 4800-00 | Illinois Dept. of Employment Security 33 S State St. 10th Flr Bankruptcy Unit Chicago, Illinois 60603 | Secured No proceeds of collateral are available for distribution. | | $6,753.62 | $0.00 | $6,753.62 |
| 000007 050 4210-00 | Laborers' Pension & Welfare Funds c/o Jerrod Olszewski 111 W. Jackson, Suite 1415 Chicago, Illinois 60604 | Secured No proceeds of collateral are available for distribution. | | $788,067.67 | $0.00 | $788,067.67 |
| 000026B 050 4300-00 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7346 | Secured No proceeds of collateral are available for distribution. | | $442,334.87 | $0.00 | $442,334.87 |
| 000028A 050 4210-00 | First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60062 | Secured No proceeds of collateral are available for distribution. | | $38,981.17 | $0.00 | $38,981.17 |
| 000029 050 4210-00 | Schaumburg Bank & Trust Company, N.A. c/o Jason M. Torf Horwood Marcus & Berk Chartered 500 W. Madison St. Suite 3700 Chicago, IL 60661 | Secured No proceeds of collateral are available for distribution. | | $2,139,610.28 | $0.00 | $2,139,610.28 |
| 000030 050 4210-00 | Yellowstone Capital LLC c/o Korsisky & Klein 2926 Avenue L Brooklyn, NY 11210 | Secured No proceeds of collateral are available for distribution. | | $53,029.40 | $0.00 | $53,029.40 |

Page 6

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 15, 2017

Case Number:    13-34832
Debtor Name:    HARTFORD & SONS, LLC

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|-------------------------|-------------|-------|----------------|--------------|---------------|
| | Case Totals: | | | $4,668,995.54 | $69.47 | $4,668,926.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-34832
Case Name: HARTFORD & SONS, LLC
Trustee Name: R. SCOTT ALSTERDA

Balance on hand                                                        $           43,525.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003A | Illinois Dept. of Employment Security | $       6,753.62 | $       6,753.62 | $       0.00 | $       0.00 |
| 000007 | Laborers' Pension & Welfare Funds | $   788,067.67 | $   788,067.67 | $       0.00 | $       0.00 |
| 000026B | Internal Revenue Service | $   442,334.87 | $   442,334.87 | $       0.00 | $       0.00 |
| 000028A | First Insurance Funding Corp. | $     38,981.17 | $     38,981.17 | $       0.00 | $       0.00 |
| 000029 | Schaumburg Bank & Trust Company, N.A. | $ 2,139,610.28 | $ 2,139,610.28 | $       0.00 | $       0.00 |
| 000030 | Yellowstone Capital LLC | $     53,029.40 | $     53,029.40 | $       0.00 | $       0.00 |

Total to be paid to secured creditors                  $                0.00

Remaining Balance                                      $           43,525.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $       5,428.59 | $       0.00 | $       5,428.59 |
| Trustee Expenses: R. SCOTT ALSTERDA | $         163.91 | $       0.00 | $         163.91 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Nixon Peabody LLP | $    30,509.50 | $        0.00 | $    30,509.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $       447.80 | $        0.00 | $       447.80 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $       484.50 | $        0.00 | $       484.50 |
| Fees: Office of the U.S. Trustee | $       325.00 | $        0.00 | $       325.00 |
| Other: Arthur B Levine Company | $        52.85 | $       52.85 | $        0.00 |
| Other: International Sureties, Ltd. | $        16.62 | $       16.62 | $        0.00 |

Total to be paid for chapter 7 administrative expenses       $         37,359.30

Remaining Balance       $          6,166.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 647,326.15  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Illinois Dept. of Employment Security | $     3,624.09 | $       0.00 | $       0.00 |
| 000010A | Midwest Operating Engineers Welfare Fund | $    45,649.98 | $       0.00 | $    1,194.97 |
| 000011A | Operating Engineers Local 150 | $     3,442.52 | $       0.00 | $       90.11 |
| 000012A | Construction Industry Research | $     1,046.52 | $       0.00 | $       27.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013A | Midwest Operating Engineers | $ 2,754.00 | $ 0.00 | $ 72.09 |
| 000014A | Local 150 I.U.O.E. Vacation Savings Plan | $ 5,232.60 | $ 0.00 | $ 136.97 |
| 000018A | Midwest Operating Engineers | $ 27,640.82 | $ 0.00 | $ 723.55 |
| 000027A | Plumbers' Fringe Benefit Funds | $ 146,924.50 | $ 0.00 | $ 3,846.02 |
| 000003B | Illinois Dept. of Employment Security | $ 134,358.00 | $ 0.00 | $ 0.00 |
| 000009B | International Union of Operating | $ 2,885.90 | $ 0.00 | $ 75.54 |
| 000026C | Internal Revenue Service | $ 273,767.22 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 6,166.65

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 511,563.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CNH Capital America LLC | $ 11,929.05 | $ 0.00 | $ 0.00 |
| 000002 | National Power Rodding Corp | $ 8,435.14 | $ 0.00 | $ 0.00 |
| 000006 | United Parcel Service | $ 226.34 | $ 0.00 | $ 0.00 |
| 000008 | Northern Safety Co Inc | $ 457.12 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | International Union of Operating | $ 5,201.66 | $ 0.00 | $ 0.00 |
| 000015 | Beverly Asphalt Paving Co. | $ 13,720.00 | $ 0.00 | $ 0.00 |
| 000016 | Travelers Indemnity Company | $ 1,490.00 | $ 0.00 | $ 0.00 |
| 000017 | Wolf & Company LLP | $ 7,083.66 | $ 0.00 | $ 0.00 |
| 000019 | Morgan Park Auto Service, Inc. | $ 2,650.33 | $ 0.00 | $ 0.00 |
| 000020 | Paul Horowitz Ltd. | $ 8,588.44 | $ 0.00 | $ 0.00 |
| 000021 | United Rentals, Inc. | $ 15,989.36 | $ 0.00 | $ 0.00 |
| 000022 | Patten Industries Inc. | $ 31,471.35 | $ 0.00 | $ 0.00 |
| 000023 | T & W Edmier Corporation | $ 22,443.57 | $ 0.00 | $ 0.00 |
| 000024 | Garth Building Products and Services Corporation | $ 7,959.76 | $ 0.00 | $ 0.00 |
| 000025 | Harts Tractor Co. Inc. | $ 9,674.26 | $ 0.00 | $ 0.00 |
| 000026A | Internal Revenue Service | $ 98,721.85 | $ 0.00 | $ 0.00 |
| 000027B | Plumbers' Fringe Benefit Funds | $ 42,993.40 | $ 0.00 | $ 0.00 |
| 000028B | First Insurance Funding Corp. | $ 15,107.71 | $ 0.00 | $ 0.00 |
| 000010B | Midwest Operating Engineers Welfare Fund | $ 113,767.73 | $ 0.00 | $ 0.00 |
| 000011B | Operating Engineers Local 150 | $ 8,704.37 | $ 0.00 | $ 0.00 |
| 000012B | Construction Industry Research | $ 2,470.69 | $ 0.00 | $ 0.00 |
| 000013B | Midwest Operating Engineers | $ 7,026.71 | $ 0.00 | $ 0.00 |
| 000014B | Local 150 I.U.O.E. Vacation Savings Plan | $ 13,355.92 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000018B | Midwest Operating Engineers | $          62,095.19 | $              0.00 | $              0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

　

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 3,900.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000003C | Illinois Dept. of Employment Security | $          3,900.00 | $              0.00 | $              0.00 |

Total to be paid to subordinated unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00