## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   Hartford & Sons, LLC,                          )
                                                       )
                                                       )   Bankruptcy No. _____ 13-34832
                                                       )
                            Debtor.                    )   Chapter _____ 7

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ R. Scott Alsterda, Chapter 7 Trustee

Authorized to Provide Professional Services to: _____ R. Scott Alsterda, Chapter 7 Trustee

Date of Order Authorizing Employment: _____ September 17, 2013 - Appointment

Period for Which Compensation is Sought:
From _____ September 17 _____ , 2013   through _____ May 24 _____ , 2017

Amount of Fees Sought:   $ 5,428.59 _____

Amount of Expense Reimbursement Sought:   $ 163.91 _____

This is an:      Interim Application _____          Final Application ✔

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
|  |  |  |  |  |

Dated: _____ June 8, 2017 _____          _____ R. Scott Alsterda, Chapter 7 Trustee
                                                                    (Counsel)

(Rev 11/19/10)

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HARTFORD & SONS, LLC, | ) | Case No. 13-34832 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |
| | ) | |

**TRUSTEE'S FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES R. SCOTT ALSTERDA, Trustee herein, pursuant to 11 U.S.C. §330, and requests the allowance of $5,428.59 as compensation and $163.91 for expenses, no amount of which has previously been paid.

**I.      COMPUTATION OF COMPENSATION**

The Trustee performed at least 14.80 hours[1] of services on behalf of the estate for the period from October 8, 2014 through May 24, 2017 with a value at a billing rate of $450.00 per hour of $6,660.00, exclusive of the additional time spent by the Trustee in reviewing monthly bank statements, preparing and filing the Trustee's Final Report and this Application, attending the hearing on the Trustee's Fee Application and Final Report, issuing the distribution checks and preparing and filing the Trustee's Final Account. The value of the time spent by the Trustee in this case exceeds but approximates the fee amount which the Trustee can be awarded pursuant to 11 USC § 326. A detailed description of the tasks performed by the Trustee is attached hereto as Exhibit "A" and a copy of the Trustee's detailed time records for this case from October 8, 2014 through May 24, 2017 is attached hereto as Exhibit "B."

---

[1] Detailed time records of the Trustee from September 17, 2013 through October 7, 2014 are not included in Exhibit B because it appeared that this case would be a "no-asset" case during that time. The Trustee's time records for this period were recorded in a non-billable matter and have not been transferred to a billable matter.

Total disbursements to parties in interest, excluding the Debtor, but including holders of

secured claims are $46,785.86.  Pursuant to 11 U.S.C. §326, compensation should be computed

as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,178.59 | ($4,500.00 max.) |
| 05% of next $950,000.00 | 0.00 | ($47,500.00 max.) |
| 03% of balance | 0.00 | |
| **TOTAL COMPENSATION** | **$5,428.59** | |

The undersigned certifies under penalty of perjury that no agreement or understanding

exists between the undersigned and any other person for sharing of compensation prohibited by

the Bankruptcy Code. No payments have previously been made or promised in any capacity in

connection with the above case.

DATE:  June 8, 2017                       Respectfully Submitted

                                          R. SCOTT ALSTERDA, TRUSTEE

                                          /s/ R. Scott Alsterda

R. Scott Alsterda, Trustee
70 West Madison, Suite 3500
Chicago, IL  60602-4283
312-977-9203
rsalsterda@nixonpeabody.com