IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: HARTFORD & SONS, LLC    )    CHAPTER 7
                               )
      DEBTOR                   )    Case No. 13-34832
                               )
                               )    HON. DONALD R. CASSLING
                               )

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:   KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to:   R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: June 6, 2017

Period for Which
Compensation is Sought: From June 12, 2017 through June 14, 2017

Amount of Fees Sought:   $ 484.50

Amount of Expense Reimbursement Sought: $0.00

This is an: Interim Application_____   Final Application   X

Previous applications / allowances of this applicant:

Fees Sought: NONE          Fees Allowed: NONE
Costs Sought: NONE         Costs Allowed: NONE

Applicant:

Date: June 14, 2017

By: /s/ Lois West

Lois West, CPA
Certifying Professional

KUTCHINS, ROBBINS & DIAMOND, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL 60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  HARTFORD & SONS, LLC | CASE NO. 13-34832 |
| | CHAPTER 7 CASE |
| | JUDGE DONALD R. CASSLING |
| DEBTOR | |

TO: THE HONORABLE DONALD R. CASSLING
BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on August 30, 2013 and this Court on June 6, 2017 authorized the employment of the firm of Kutchins, Robbins & Diamond, Ltd. to serve as accountant for the trustee effective as of May 18, 2017.

2. Applicant requests $ 484.50 in compensation for 1.9 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period June 12, 2017 through June 14, 2017.

3. A description of the nature of the services rendered by the Applicant is as follows:

> Accounting and tax services including consulting with the trustee re: tax filing obligation of a single member LLC, preparation of a summary schedule of receipts and disbursements by the bankruptcy estate for the period August 30, 2013 through June 12, 2017 and preparation of a letter to the sole member of the LLC explaining the tax presentation for the bankruptcy period.

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 1.9 | $255 | $484.50 |
| Total | 1.9 |  | $484.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $484.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: June 14, 2017

RESPECTFULLY SUBMITTED,

*Lois West*

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2124