UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| HARTFORD & SONS, LLC, | ) | Case No. 13-34832 |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | |
| | ) | |

# CERTIFICATE OF SERVICE

    I, the undersigned attorney, hereby certify that on July 11, 2017, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | |
|---|---|
| **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 | |
| **ATTORNEY:** | **REPRESENTING:** |
| **Andrew J Abrams**<br>Boodell & Domanskis, LLC<br>1 N. Franklin St., Suite 1200<br>Chicago, IL 60606<br>312-938-4070<br>312-540-1162 (fax)<br>aabrams@boodlaw.com | **First Insurance Corp.**<br>*(Creditor)* |
| **David S Adduce**<br>Kelly Olson Michod Dehaan & Richter<br>333 West Wacker Drive, Suite 2000<br>Chicago, IL 60606-1288<br>312-236-6700 Ext. 3824<br>312-236-6706 (fax)<br>dadduce@komdr.com | **Morgan Park Auto Service, Inc.**<br>*(Creditor)* |

| | |
|---|---|
| **Thomas A Christensen**<br>Huck Bouma, PC<br>1755 S. Naperville<br>Wheaton, IL 60189<br>630-221-1755<br>tchristensen@huckbouma.com | **Great Lakes Underground Supply, LLC**<br>*(Creditor)* |
| **John S Graettinger, Jr**<br>Gardiner Koch Weisberg & Wrona<br>53 W Jackson Blvd., Suite 950<br>Chicago, IL 60604-3849<br>312-408-0320<br>312-408-0321 (fax)<br>jsg@pentwater.com | **Commercial Credit Group Inc.**<br>*(Creditor)* |
| **David R Herzog**<br>Herzog & Schwartz PC<br>77 W Washington Suite 1400<br>Chicago, IL 60602<br>312-977-1600<br>drhlaw@mindspring.com | **Hartford & Sons, LLC**<br>418 Shawmut Ave.<br>La Grange, IL 60525<br>*(Debtor 1)*<br><br>**Thomas O. Hartford II**<br>640 Chapel Street<br>Ottawa, IL 60448<br>*(Interested Party)* |
| **Elizabeth A LaRose**<br>IUOE Local 150 Legal Dept<br>6140 Joliet Road<br>Countryside, IL 60525<br>708-579-6666<br>708-588-1647 (fax)<br>elarose@local150.org | **Construction Industry Research and Service Trust Fund**<br>*(Creditor)*<br>**International Union of Operating Engineers, Local 150, AFL-CIO**<br>*(Creditor)*<br><br>**Local 150 I.U.O.E. Vacation Savings Plan**<br>*(Creditor)*<br><br>**Midwest Operating Engineers Pension Trust Fund**<br>*(Creditor)*<br><br>**Midwest Operating Engineers Retirement Enhancement Fund**<br>*(Creditor)*<br><br>**Midwest Operating Engineers Welfare Fund**<br>*(Creditor)* |

2

|  | **Operating Engineers Local 150 Apprenticeship Fund** <br> *(Creditor)* |
|---|---|
| **Scott A. Nehls** <br> Fuchs & Roselli, Ltd. <br> 440 W. Randolph, Suite 500 <br> Chicago, IL 60606 <br> 312-651-2400 <br> snehls@frltd.com | **Shawmut Building, LLC** <br> *(Creditor)* |
| **Jerrod V. Olszewski** <br> Office of Fund Counsel <br> 111 West Jackson Boulevard, Suite 1415 <br> Chicago, IL 60604 <br> 312-692-1540 <br> 312-692-1489 (fax) <br> jerrodo@chilpwf.com | **LABORERS PENSION FUND and LABORERS WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS DISTRICT COUNCIL OF CHICAGO AND VICINITY** <br> 111 West Jackson Blvd, Suite 1415 <br> Chicago, IL 60604 <br> 312-619-0116 <br> *(Creditor)* |
| **Eric S. Rein** <br> Horwood Marcus Berk & Chartered <br> 500 West Madison Street, Suite 3700 <br> Chicago, IL 60661 <br> (312) 606-3200 <br> (312) 606-3232 (fax) <br> rrein@hmblaw.com | **Schaumburg Bank & Trust Company, N.A.** <br> *(Creditor)* |
| **Laurie A. Silvestri** <br> 70 W. Madison, Suite 1515 <br> Chicago, IL 60602 <br> 312-558-4250 <br> 312-454-7447 (fax) <br> las.lawoffices@gmail.com | **Beverly Asphalt Paving Company** <br> *(Creditor)* |
| **George J. Spathis** <br> Levenfeld Pearlstein, LLC <br> 2 N. LaSalle St., Suite 1300 <br> Chicago, IL 60602 <br> 312-346-8380 <br> 312-346-8434 (fax) <br> gspathis@lplegal.com | **Schaumburg Bank & Trust Company, N.A.** <br> *(Creditor)* <br><br> **Hartford & Sons, LLC** <br> 418 Shawmut Ave. <br> La Grange, IL 60525 <br> *(Debtor 1)* |

4826-0012-3209.1
295818-000001

| | |
|---|---|
| **Anthony G Suizzo**<br>Law Offices of Anthony G. Suizzo<br>1701 East Lake Ave., Suite 310<br>Glenview, IL 60025<br>847-510-2000<br>847-510-2003 (fax)<br>ags@suizzolaw.com | **Great Lakes Underground Supply, LLC**<br>*(Creditor)* |
| **Jason M Torf**<br>Horwood Marcus & Berk Chartered<br>500 W. Madison St., Suite 3700<br>Chicago, IL 60661<br>312-606-3236<br>312-267-2202 (fax)<br>jtorf@hmblaw.com | **Schaumburg Bank & Trust Company, N.A.**<br>*(Creditor)* |
| **Albert S. Watkins**<br>7800 Forsyth Boulevard, Suite 700<br>St. Louis, MO 63105<br>314-727-9111<br>314-727-9110 (fax)<br>albertswatkins@kwklaw.net | **Enterprise Fleet Services, Inc.**<br>*(Creditor)* |

and I hereby further certify that on July 11, 2017, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

**Advanced Disposal**
4612 W. Lake Street
Melrose Park, IL 60160

**Advanced On-Site Concrete Inc.**
5308 W. Grand Ave.
Chicago, IL 60639

**Al Warren Oil Co., Inc.**
PO Box 40
Summit, IL 60501

**American Express**
PO Box 0001
Los Angeles, CA 90096

**AMTrust North America**
PO Box 6939
Cleveland, OH 44101

**Anthony J. Kirk - CPA**
100 W. Monroe Street, Suite 20
Chicago, IL 60603

**Ardmore Associates**
33 N. Dearborn, Suite 1720
Chicago, IL 60602

4

**AT&T**
PO Box 8100
Aurora, IL 60507

**AT&T Mobility**
PO Box 6463
Carol Stream, IL 60197

**BCBS Health Care Service Corp.**
25550 Network Place
Chicago, IL 60673

**BerkleyNet**
PO Box 535080
Atlanta, GA 30353

**Beverly Asphalt Paving Co.**
c/o Laurie A. Silvestri
70 W. Madison St., Ste. 1515
Chicago, IL 60602

**Blue Island Equipment Rental**
4021 W 127th Street
Alsip, IL 60603

**Body Plumbing Inc.**
1783 Vermont Dr.
Elk Grove, IL 60007

**C & G Cartage**
9301 Austin
Morton Grove, IL 60053

**C & M Pipe & Supply**
c/o Lawrence N. Stein
20 N. Clark Street, Suite 1725
Chicago, IL 60602

**Institute for Worker Welfare, PC**
c/o Elizabeth A. LaRose
6141 Joliet Road
Countryside IL 60525

**Chlorinating Ltd. Inc.**
530 Colfax Street
Palatine, IL 60067

**Christofano Equipment Co. Inc.**
9643 S. Harlem Ave.
Chicago, IL 60415

**City of Chicago**
121 N. LaSalle Street
Chicago, Illinois 60602

**CNH Capital**
PO Box 9218
Old Bethpage, NY 11804

**CNH Capital America LLC**
PO Box 3600
Lancaster, PA 17604-3600

**Cobra Concrete Cutting**
2416 E. Oakton St
Arlington Heights, IL 60005

**ComEd**
3 Lincoln Center
Attn: Bankruptcy Group-Claims Department
Oakbrook Terrace, IL 60181

**Commercial Credit Group Inc.**
2056 Westings Avenue, Suite 280
Naperville, IL 60563

**Construction Industry Research & Service Trust Fund**
c/o Elizabeth LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, IL 60525

**Coronet Construction Inc.**
205 W. Gerri Lane
Addison, IL 60101

**Dynamex Inc.**
3865 West Columbus Drive
Chicago, IL 60693

**E. King Construction**
3865 West Columbus Drive
Chicago, IL 60652

**Ed Weathersby & Son**
296 Geneva Dr.
Harvey, IL 60426

2

**Efficiency Shoring & Supply**
1906 E. Cass Street
Joliet, IL 60432

**Enterprise Fleet**
PO Box 800089
Kansas City, MO 64180

**Enterprise Fleet Mgmt.**
600 Corporate Park Dr.
Saint Louis, MO 63105

**Enterprise Law Group**
150 S. Wacker Drive, #1600
Chicago, IL 60606

**Erie Insurance**
100 Erie Insurance Place
Erie, PA 16530

**First Insurance Funding Corp.**
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062

**Foundations**
17999 Foltz Industrial Parkway
Strongville, OH 44149

**Garth Building Products**
PO Box 191
Sauk Village, IL 60411

**Garth Building Products and Services Corporation**
c/o Angelo J. Vitiritti
16231 Wausau Ave.
South Holland, IL 60473

**Great Lakes Underground Supply**
PO Box 231
Valparaiso, IN 46384

**Harts Tractor Co. Inc.**
c/o Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Rd.
Glendale Heights, IL 60139

**Highway Technologies Inc.**
CR33946 Treasury Center
Chicago, IL 60694

**Home Depot / Citibank**
Attn: Bankruptcy Dept
PO Box 6497
Sioux Falls, SD 57117

**IL Dept. Employment Security**
260 East Indian Trail Road
Aurora, IL 60505

**Illinois Department of Revenue**
101 W. Jefferson Street
PO Box 19029
Springfield, IL 62794

**Illinois Dept. of Employment Security**
33 S State St., 10th Flr.
Bankruptcy Unit
Chicago, IL 60603

**Illinois State Tollway Authority**
PO Box 5201
Lisle, IL 60532-5201

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-734

**International Hauling & Excavation**
19464 Airport Rd.
Romeoville, IL 60446

**International Union of Operating Engineers**
c/o Elizabeth A. LaRose
IUOE Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525

**John Sakash**
700 Walnut Street
Elmhurst, IL 60126

**K & L GATES LLP**
70 West Madison Street
Chicago, IL 60602

3

**KARA Company Inc.**
5255 Dansher Road
Countryside, IL 60525

**Kirk Tire Sales**
3601 South Western Blvd.
Chicago, IL 60609

**Laborers' Pension & Welfare Funds**
c/o Jerrod Olszewski
111 W. Jackson, Suite 1415
Chicago, IL 60604

**Lincoln Professional Group LLC**
292 Graemere Street
Northfield, IL 60093

**Local 150 I.U.O.E. Vacation Savings Plan**
c/o Elizabeth A. LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, IL 60525

**Lucky Locators**
PO Box 28
Algonquin, IL 60102

**Michael A. Pedicone Ltd.**
30 North Michigan Ave.
Chicago, IL 60602

**Mid American Water**
1500 E. Mountain
Aurora, IL 60505

**Midwest Operating Engineers Pension Trust Fund**
c/o Elizabeth A. LaRose
Institute for Worker Welfare, P.C.
6141 Joliet Road
Countryside, IL 60525

**Midwest Operating Engineers Retirement Enhancement**
c/o Elizabeth A. LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, IL 60525

**Midwest Operating Engineers Welfare Fund**
c/o Elizabeth A. LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside, IL 60525

**Morgan Park Auto Service, INC**
11200 S. Halsted
Chicago, IL 60628

**Morgan Park Auto Service, Inc.**
11200 S. Halsted Street
Chicago, IL 60628

**Morgan Park Auto Service, Inc.**
c/o Kelly, Olson, Michod,
DeHaan & Richter, LLC
333 W. Wacker Drive, Suite 2000
Chicago, IL 60606

**National Power Rodding Corp.**
2500 W. Arthington Street
Chicago, IL 60612-4108

**NBM Trucking**
155 Wedgeport Circle
Romeoville, IL 60446

**Nicor Gas**
PO Box 2020
Aurora, IL 60507

**Northern Safety Co Inc.**
PO Box 4250
Utica, NY 13504-4250

**OER**
925 E. Rand Road
Arlington Heights, IL 60004

**Operating Engineers Local 150 Apprenticeship Fund**
c/o Elizabeth A. LaRose
Institute for Worker Welfare, PC
6141 Joliet Road
Countryside IL 60525

4826-0012-3209.1
295818-000001

**Patten Industries Inc.**
635 West Lake Street
Elmhurst, IL 60128

**Paul Horowitz Ltd. d/b/a Horowitz & Weinstein**
Horowitz & Weinstein
311 W. Superior Street, Suite 314
Chicago, IL 60654

**PLS Currency**
800 Jury Blvd
Oakbrook, IL 60523

**Plumbers Union Local 130**
1340 W. Washington
Chicago, IL

**Plumbers' Fringe Benefit Funds, Local 130, U.A.**
Mr. Frank Marco Gregorio & Associates
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602

**Rick Rein**
Horwood Marcus & Berk
500 West Madison Street, Suite 3700
Chicago, IL 60661

**Riordan & Scully**
815 Commerce Drive
Oakbrook, IL 60523

**Robert S. Lefley**
PO Box _____
Douglas, MI 49406

**Royal Crane Service INC**
PO Box 1858
Bridgeview, IL 60455

**Schaumburg Bank & Trust Co.**
1180 E. Higgins Road
Schaumburg, IL 60173

**Schaumburg Bank & Trust Company, N.A.**
c/o Jason M. Torf
Horwood Marcus & Berk Chartered
500 W. Madison St., Suite 3700
Chicago, IL 60661

**T & W Edmier Corporation**
249 West Lake Street
Elmhurst, IL 60126

**Thomas Hartford**
4139 Central Avenue
Western Springs, IL 60558

**Travelers**
815 Commerce Drive, Suite 240
Oakbrook, IL 60523

**Travelers Indemnity Company**
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

**United Parcel Service**
c/o Receivable Management Services
PO Box 4396
Timonium, MD 21094

**United Rentals, Inc.**
6125 Lakeview Road #300
Charlotte, NC 28269

**UPS**
Lock Box 577
Carol Stream, IL 60132

**USA BlueBook**
PO Box 9004
Gurnee, IL 60031

**V3 Companies**
7325 Janes Avenue, Suite 100
Woodridge, IL 60517

**Village Of LaGrange**
53 S. LaGrange
LaGrange, IL 60525

4826-0012-3209.1
295818-000001

| | |
|---|---|
| **West Bend Mutual Insurance**<br>Bin 432<br>Milwaukee, WI 53288 | **Yellowstone Capital LLC**<br>c/o Korsisky & Klein<br>2926 Avenue L<br>Brooklyn, NY 11210 |
| **Wolf & Company LLP**<br>c/o Swanson, Martin & Bell, LLP<br>Attn: Joseph P. Kincaid<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 | **Zio Currency Exchange**<br>2384 N. Sheridan Rd.<br>Zion, IL 60099 |

Dated: July 11, 2017        R. SCOTT ALSTERDA, not individually but as Chapter 7
                                          Trustee for Hartford & Sons, LLC, Debtor

                                         /s/  R. Scott Alsterda
                                         *One of its attorneys*

                                         R. Scott Alsterda (# 3126771)
                                         Nixon Peabody LLP
                                         70 West Madison Street, Suite 3500
                                         Chicago, Illinois 60602
                                         (312) 977-9203 (Tel.); (312) 977-4405 (Fax)
                                         Email: rsalsterda@nixonpeabody.com