# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| HARTFORD & SONS, LLC | § | Case No. 13-34832 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,535,420.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,166.65 | Claims Discharged Without Payment: 4,019,612.56 |
| Total Expenses of Administration: 40,619.21 | |

3) Total gross receipts of $ 46,785.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 46,785.86 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,100,000.00 | $ 3,468,777.01 | $ 3,468,777.01 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 40,171.41 | 40,619.21 | 40,619.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 895,837.42 | 647,326.15 | 647,326.15 | 6,166.65 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,511,107.99 | 515,463.61 | 515,463.61 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 5,506,945.41 | $ 4,671,738.18 | $ 4,672,185.98 | $ 46,785.86 |

4)  This case was originally filed under chapter 11 on  08/30/2013 , and it was converted to chapter 7 on  09/17/2013 .  The case was pending for 48 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/31/2017                      By:/s/R. SCOTT ALSTERDA
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1995 Dump Truck | 1129-000 | 4,500.00 |
| ComEd Overpayment Credit | 1221-000 | 908.06 |
| Settlement Avoidable Transfer | 1241-000 | 36,389.89 |
| Auto-Owners Insurance Refund | 1290-000 | 4,987.91 |
| TOTAL GROSS RECEIPTS | | $46,785.86 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Schaumburg Bank & Trust Co. c/o 1180 E. Higgins Road Schaumburg, IL 60173 Rick Rein Horwood Marcus & Berk 500 West Madison Street Suite 3700 Chicago, IL 60661 | | 2,100,000.00 | NA | NA | 0.00 |
| 000028A | FIRST INSURANCE FUNDING CORP. | 4210-000 | NA | 38,981.17 | 38,981.17 | 0.00 |
| 000007 | LABORERS' PENSION & WELFARE FUNDS | 4210-000 | NA | 788,067.67 | 788,067.67 | 0.00 |
| 000029 | SCHAUMBURG BANK & TRUST COMPANY | 4210-000 | NA | 2,139,610.28 | 2,139,610.28 | 0.00 |
| 000030 | YELLOWSTONE CAPITAL LLC | 4210-000 | NA | 53,029.40 | 53,029.40 | 0.00 |
| 000026B | INTERNAL REVENUE SERVICE | 4300-000 | NA | 442,334.87 | 442,334.87 | 0.00 |
| 000003A | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 4800-000 | NA | 6,753.62 | 6,753.62 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 2,100,000.00 | $ 3,468,777.01 | $ 3,468,777.01 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | 2100-000 | NA | 5,428.59 | 5,428.59 | 5,428.59 |
| R. SCOTT ALSTERDA AS TRUSTEE | 2200-000 | NA | 163.91 | 163.91 | 163.91 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 52.85 | 52.85 | 52.85 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 16.62 | 16.62 | 16.62 |
| ASSOCIATED BANK | 2600-000 | NA | 2,190.44 | 2,190.44 | 2,190.44 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| NIXON PEABODY LLP | 3110-000 | NA | 30,509.50 | 30,509.50 | 30,509.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 0.00 | 447.80 | 447.80 |
| KUTCHINS, ROBBINS & DIAMOND LTD. | 3410-000 | NA | 484.50 | 484.50 | 484.50 |
| Labor and Marketing International | 3620-000 | NA | 500.00 | 500.00 | 500.00 |
| Transportation International | 3620-000 | NA | 500.00 | 500.00 | 500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 40,171.41 | $ 40,619.21 | $ 40,619.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IL Dept. Employment Security 260 East Indian Trail Road Aurora, IL 60505 | | 25,807.54 | NA | NA | 0.00 |
| | Illinois Department of Revenue 101 W. Jefferson Street P.O. Box 19029 Springfield, IL 62794 | | 70,029.88 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-734 | | 800,000.00 | NA | NA | 0.00 |
| 000012A | CONSTRUCTION INDUSTRY RESEARCH | 5400-000 | NA | 1,046.52 | 1,046.52 | 27.40 |
| 000009B | INTERNATIONAL UNION OF OPERATING | 5400-000 | NA | 2,885.90 | 2,885.90 | 75.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014A | LOCAL 150 I.U.O.E. VACATION SAVINGS | 5400-000 | NA | 5,232.60 | 5,232.60 | 136.97 |
| 000013A | MIDWEST OPERATING ENGINEERS | 5400-000 | NA | 2,754.00 | 2,754.00 | 72.09 |
| 000018A | MIDWEST OPERATING ENGINEERS PENSION | 5400-000 | NA | 27,640.82 | 27,640.82 | 723.55 |
| 000010A | MIDWEST OPERATING ENGINEERS WELFARE | 5400-000 | NA | 45,649.98 | 45,649.98 | 1,194.97 |
| 000011A | OPERATING ENGINEERS LOCAL 150 | 5400-000 | NA | 3,442.52 | 3,442.52 | 90.11 |
| 000027A | PLUMBERS' FRINGE BENEFIT FUNDS | 5400-000 | NA | 146,924.50 | 146,924.50 | 3,846.02 |
| 000003B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 134,358.00 | 134,358.00 | 0.00 |
| 000004 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | NA | 3,624.09 | 3,624.09 | 0.00 |
| 000026C | INTERNAL REVENUE SERVICE | 5800-000 | NA | 273,767.22 | 273,767.22 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 895,837.42 | $ 647,326.15 | $ 647,326.15 | $ 6,166.65 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMTrust North America P.O. Box 6939 Cleveland, OH 44101 | | 6,621.00 | NA | NA | 0.00 |
| | AT&T Mobility P.O. Box 6463 Carol Stream, IL 60197 | | 1,119.36 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507 | | 591.00 | NA | NA | 0.00 |
| | Advanced Disposal 4612 W Lake Street Melrose Park, IL 60160 | | 228.95 | NA | NA | 0.00 |
| | Advanced On-Site Concrete Inc. 5308 W.Grand Ave Chicago, IL  60639 | | 10,081.57 | NA | NA | 0.00 |
| | Al Warren Oil Co., INC P.O. BOX 40 Summit, IL 60501 | | 5,537.90 | NA | NA | 0.00 |
| | American Express POX 0001 Los Angeles, CA 90096 | | 1,888.73 | NA | NA | 0.00 |
| | Anthony J. Kirk - CPA 100 W. Monroe Street Suite 20 Chicago, IL 60603 | | 2,625.00 | NA | NA | 0.00 |
| | Ardmore Associates 33 N. Dearborn Suite 1720 Chicago, IL 60602 | | 2,550.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BCBS Health Care Service Corpo 25550 Network Place Chicago, IL 60673 | | 2,400.00 | NA | NA | 0.00 |
| | BerkleyNet P.O.BOX 535080 Atlanta, GA 30353 | | 11,123.00 | NA | NA | 0.00 |
| | Blue Island Equipment Rental 4021 W 127th Street Alsip, IL 60603 | | 10,000.00 | NA | NA | 0.00 |
| | Body Plumbing Inc 1783 Vermont Dr Elk Grove, IL 60007 | | 200.00 | NA | NA | 0.00 |
| | C & G Cartage 9301 Austin Morton Grove, IL 60053 | | 46,409.18 | NA | NA | 0.00 |
| | C & M Pipe & Supply c/o Lawrence N. Stein 20 N. Clark Street, Suite 1725 Chicago, IL 60602 | | 491,833.71 | NA | NA | 0.00 |
| | Chlorinating Ltd. Inc. 530 Colfax Street Palatine, iL 60067 | | 1,975.00 | NA | NA | 0.00 |
| | Christofano Equipment CO. INC 9643 S Harlem Ave Chicago, IL 60415 | | 6,758.96 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago 121 N. LaSalle Street Chicago, Illinois 60602 | | 22,612.49 | NA | NA | 0.00 |
| | Cobra Concrete Cutting 2416 E Oakton St Arlington Heights, IL 60005 | | 2,997.57 | NA | NA | 0.00 |
| | ComEd 3 Lincoln Center Attn: Bkcy Group-Claims Department Oakbrook Terrace, IL 60181 | | 234.11 | NA | NA | 0.00 |
| | Commercial Credit Group Inc 2056 Westings Avenue Suite 280 Naperville, IL 60563 | | 27,332.80 | NA | NA | 0.00 |
| | Coronet Construction INC 205 W. Gerri Lane Addison, IL 60101 | | 350.00 | NA | NA | 0.00 |
| | Dynamex Inc. 3865 West Columbus Drive Chicago, IL 60693 | | 944.31 | NA | NA | 0.00 |
| | E.King Construction 3865 West Columbus Drive Chicago, IL 60652 | | 24,924.35 | NA | NA | 0.00 |
| | Ed Weathersby & Son 296 Geneva Dr Harvey, IL 60426 | | 89,428.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Efficiency Shoring & Supply 1906 E. Cass Street Joliet, IL 60432 | | 11,047.53 | NA | NA | 0.00 |
| | Enterprise Fleet PO BOX 800089 Kansas City, MO 64180 | | 3,900.00 | NA | NA | 0.00 |
| | Enterprise Law Group 150 S Wacker Drive #1600 Chicago, IL 60606 | | 6,275.00 | NA | NA | 0.00 |
| | Erie Insurance 100 Erie Insurance Place Erie, PA 16530 | | 6,686.50 | NA | NA | 0.00 |
| | Foundations 17999 Foltz Industrial Parkway Strongville, OH 44149 | | 495.75 | NA | NA | 0.00 |
| | Great Lakes Underground Supply PO Box 231 Valparaiso, IN 46384 | | 130,385.43 | NA | NA | 0.00 |
| | Highway Technologies Inc. Cr33946 Treasury Center Chicago, IL 60694 | | 2,666.47 | NA | NA | 0.00 |
| | Home Depot / Citibank Attn: Bankruptcy Dept P.O. Box 6497 Sioux Falls, SD 57117 | | 1,227.27 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Horowitz & Weinstein 311 West Superior Street Chicago, IL 60654 | | 8,803.47 | NA | NA | 0.00 |
| | Illinois State Tollway Authority PO Box 5201 Lisle, IL 60532-5201 | | 102.00 | NA | NA | 0.00 |
| | International Hauling & Excava 19464 Airport Rd Romeoville, IL 60446 | | 14,917.55 | NA | NA | 0.00 |
| | John Sakash 700 Walnut Street Elmhurst, IL 60126 | | 258.00 | NA | NA | 0.00 |
| | K & L GATES LLP 70 West Madison Street Chicago, IL 60602 | | 11,675.62 | NA | NA | 0.00 |
| | KARA Company Inc 5255 Dansher Road Countryside, IL 60525 | | 573.25 | NA | NA | 0.00 |
| | Kirk Tire Sales 3601 South Western Blvd. Chicago, IL 60609 | | 919.41 | NA | NA | 0.00 |
| | Laborers Pension & Welfare Fund 11465 W. Cermak Road Westchester, IL 60154-5768 | | 444,307.28 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincoln Professional Group LL 292 Graemere Street Northfield, IL 60093 | | 10,500.00 | NA | NA | 0.00 |
| | Lucky Locators P.O. Box 28 Algonquin, IL 60102 | | 230.00 | NA | NA | 0.00 |
| | Michael A. Pedicone LTD. 30 North Michigan Ave Chicago, IL 60602 | | 15,000.00 | NA | NA | 0.00 |
| | Mid American Water 1500 E. Mountain Aurora, IL 60505 | | 309,639.15 | NA | NA | 0.00 |
| | NBM Trucking 155 Wedgeport Circle Romeoville, IL 60446 | | 3,888.75 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 2020 Aurora, IL 60507 | | 266.51 | NA | NA | 0.00 |
| | OER 925 E. Rand Road Arlington Heights, IL 60004 | | 4,753.05 | NA | NA | 0.00 |
| | PLS currency 800 Jury Blvd Oakbrook, IL 60523 | | 1,281.93 | NA | NA | 0.00 |
| | Plumbers Union Local 130 1340 W. Washington Chicago, IL | | 165,708.90 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Riordan & Scully 815 Commerce Drive Oakbrook, IL 60523 | | 3,500.00 | NA | NA | 0.00 |
| | Robert S. Lefley PO BOX Douglas, Mi 49406 | | 3,800.00 | NA | NA | 0.00 |
| | Royal Crane Service INC P.O. Box 1858 Bridgeview, IL 60455 | | 6,200.00 | NA | NA | 0.00 |
| | UPS Lock Box 577 Carol Stream, IL 60132 | | 166.54 | NA | NA | 0.00 |
| | USA BlueBook P.O. Box 9004 Gurnee, IL 60031 | | 503.88 | NA | NA | 0.00 |
| | V3 Companies 7325 Janes Avenue Suite 100 Woodridge, IL 60517 | | 2,900.00 | NA | NA | 0.00 |
| | Village Of LaGrange 53 S. Lagrange LaGrange, IL 60525 | | 57.83 | NA | NA | 0.00 |
| | West Bend Mutual Insurance Bin 432 Milwaukee, WI 53288 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellowstone Capital LLC c/o Korsisky & Klein 2926 Avenue L Brooklyn, NY 11210 | | 23,120.00 | NA | NA | 0.00 |
| | Zio Currency Exhange 2384 N. Sheridan Rd Zion, IL 60099 | | 627.97 | NA | NA | 0.00 |
| 000015 | BEVERLY ASPHALT PAVING CO. | 7100-000 | 9,430.00 | 13,720.00 | 13,720.00 | 0.00 |
| 000001 | CNH CAPITAL AMERICA LLC | 7100-000 | 11,929.05 | 11,929.05 | 11,929.05 | 0.00 |
| 000012B | CONSTRUCTION INDUSTRY RESEARCH | 7100-000 | NA | 2,470.69 | 2,470.69 | 0.00 |
| 000028B | FIRST INSURANCE FUNDING CORP. | 7100-000 | 6,761.11 | 15,107.71 | 15,107.71 | 0.00 |
| 000024 | GARTH BUILDING PRODUCTS AND SERVICE | 7100-000 | 11,671.11 | 7,959.76 | 7,959.76 | 0.00 |
| 000025 | HARTS TRACTOR CO. INC. | 7100-000 | 10,385.02 | 9,674.26 | 9,674.26 | 0.00 |
| 000026A | INTERNAL REVENUE SERVICE | 7100-000 | NA | 98,721.85 | 98,721.85 | 0.00 |
| 000009A | INTERNATIONAL UNION OF OPERATING | 7100-000 | NA | 5,201.66 | 5,201.66 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014B | LOCAL 150 I.U.O.E. VACATION SAVINGS | 7100-000 | NA | 13,355.92 | 13,355.92 | 0.00 |
| 000013B | MIDWEST OPERATING ENGINEERS | 7100-000 | NA | 7,026.71 | 7,026.71 | 0.00 |
| 000018B | MIDWEST OPERATING ENGINEERS | 7100-000 | NA | 62,095.19 | 62,095.19 | 0.00 |
| 000010B | MIDWEST OPERATING ENGINEERS WELFARE | 7100-000 | 260,498.07 | 113,767.73 | 113,767.73 | 0.00 |
| 000019 | MORGAN PARK AUTO SERVICE, INC. | 7100-000 | 2,650.33 | 2,650.33 | 2,650.33 | 0.00 |
| 000002 | NATIONAL POWER RODDING CORP | 7100-000 | 5,500.00 | 8,435.14 | 8,435.14 | 0.00 |
| 000008 | NORTHERN SAFETY CO INC | 7100-000 | NA | 457.12 | 457.12 | 0.00 |
| 000011B | OPERATING ENGINEERS LOCAL 150 | 7100-000 | NA | 8,704.37 | 8,704.37 | 0.00 |
| 000022 | PATTEN INDUSTRIES INC. | 7100-000 | 30,860.01 | 31,471.35 | 31,471.35 | 0.00 |
| 000020 | PAUL HOROWITZ LTD. DBA HOROWITZ & W | 7100-000 | NA | 8,588.44 | 8,588.44 | 0.00 |
| 000027B | PLUMBERS' FRINGE BENEFIT FUNDS | 7100-000 | 165,708.90 | 42,993.40 | 42,993.40 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000023 | T & W EDMIER CORPORATION | 7100-000 | 440.00 | 22,443.57 | 22,443.57 | 0.00 |
| 000016 | TRAVELERS INDEMNITY COMPANY | 7100-000 | 5,133.00 | 1,490.00 | 1,490.00 | 0.00 |
| 000006 | UNITED PARCEL SERVICE | 7100-000 | NA | 226.34 | 226.34 | 0.00 |
| 000021 | UNITED RENTALS, INC. | 7100-000 | 15,989.36 | 15,989.36 | 15,989.36 | 0.00 |
| 000017 | WOLF & COMPANY LLP | 7100-000 | 7,000.00 | 7,083.66 | 7,083.66 | 0.00 |
| 000003C | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 7300-000 | NA | 3,900.00 | 3,900.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,511,107.99 | $ 515,463.61 | $ 515,463.61 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit 8

| | |
|---|---|
| Case No: | 13-34832   DRC   Judge: DONALD R. CASSLING |
| Case Name: | HARTFORD & SONS, LLC |
| For Period Ending: | 08/31/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Date Filed (f) or Converted (c): | 09/17/13 (c) |
| 341(a) Meeting Date: | 01/30/14 |
| Claims Bar Date: | 06/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. MB Financial Checking | 0.00 | 0.00 | | 0.00 | FA |
| 2. Standard Bank & Trust Checking | 420.00 | 0.00 | | 0.00 | FA |
| 3. Robert Lefley, Landlord | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. Accounts Receivable Approx. 2.5 millions | 2,500,000.00 | 0.00 | | 0.00 | FA |
| 5. Plumbing Contractor's Liciense | 0.00 | 0.00 | | 0.00 | FA |
| 6. 1995 Dump Truck | 8,000.00 | 3,500.00 | | 3,500.00 | FA |
| 7. Misc Computer tables and chairs, desks, printers, | 5,000.00 | 0.00 | | 0.00 | FA |
| 8. Excavator | 24,000.00 | 0.00 | | 0.00 | FA |
| 9. Spare parts | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. ComEd Overpayment Credit (u) | 908.06 | 908.06 | | 908.06 | FA |
| 11. Auto-Owners Insurance Refund (u) | 0.00 | 4,987.91 | | 4,987.91 | FA |
| 12. Settlement Avoidable Transfer (u) | 0.00 | 36,389.89 | | 36,389.89 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,544,328.06 | $45,785.86 | $45,785.86 | $0.00 |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 20.00d

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 13-34832 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | HARTFORD & SONS, LLC | | |

| Trustee Name: | R. SCOTT ALSTERDA |
|---|---|
| Date Filed (f) or Converted (c): | 09/17/13 (c) |
| 341(a) Meeting Date: | 01/30/14 |
| Claims Bar Date: | 06/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The 7th Circuit Court of Appeals recently affirmed the Trustee's settlement of a fraudulent transfer claim.  Subject to notice of a hearing on the Final Report and Final Fee Applications, the Trustee is prepared to disburse funds in the Bankruptcy Estate.

Initial Projected Date of Final Report (TFR): 03/31/15        Current Projected Date of Final Report (TFR): 10/31/17

FOR M 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-34832 -DRC |
| Case Name: | HARTFORD & SONS, LLC |
| Taxpayer ID No: | *******4845 |
| For Period Ending: | 08/31/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/14 | 10 | ComEd<br>P.O. Box 805379<br>Chicago, IL 60680-5379 | ComEd Overpayment Credit | 1221-000 | 908.06 | | 908.06 |
| 02/10/14 | 030001 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond #016026455 | 2300-000 | | 0.74 | 907.32 |
| 04/07/14 | 6 | Heath Industrial Auction Services, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | 1995 International 4700 Dump Truck<br><br>    Memo Amount:        4,500.00<br>Sale of Dump Truck<br>    Memo Amount:    (        500.00 )<br>Transportation International<br>    Memo Amount:    (        500.00 )<br>Labor and Marketing International | 1129-000<br>3620-000<br>3620-000 | 3,500.00 | | 4,407.32 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,397.32 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,387.32 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,377.32 |
| 07/22/14 | 11 | Auto-Owners Insurance<br>Box 30660<br>Lansing, Michigan 48909-8160 | Insurance Premium Refund | 1290-000 | 4,987.91 | | 9,365.23 |
| | | | Page Subtotals | | 9,395.97 | 30.74 | |

Ver: 20.00d

FOR Page:

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-34832 -DRC | |
| Case Name: | HARTFORD & SONS, LLC | |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9966 Checking Account (Non-Interest Earn |

Taxpayer ID No: *******4845
For Period Ending: 08/31/17

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 07/30/14 | 12 | Thomas O. Hartford<br>640 Chapel St.<br>Ottawa, IL 61350 | Settlement Avoidable Transfer | 1241-000 | 36,389.89 | | 45,755.12 |
| | 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 45,745.12 |
| * | 08/18/14 | 8 | Howell Tractor and Equipment LLC<br>Cole Taylor Bank<br>Rosemont, IL 60018 | Sale of Excavator [Dkt 79] ERROR<br>(Deposit in error - wrong case) | 1129-003 | 10,000.00 | | 55,745.12 |
| * | 08/18/14 | 8 | Howell Tractor and Equipment LLC<br>Cole Taylor Bank<br>Rosemont, IL 60018 | Sale of Excavator [Dkt 79]<br>(Reversal of deposit - error) | 1129-003 | -10,000.00 | | 45,745.12 |
| | 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.99 | 45,677.13 |
| | 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.72 | 45,611.41 |
| | 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.81 | 45,543.60 |
| | 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.53 | 45,478.07 |
| | 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.61 | 45,410.46 |
| | 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.52 | 45,342.94 |
| | 02/20/15 | 030002 | Arthur B. Levine Company<br>Attention Maria Sponza | Bond #10BSBGR6291 | 2300-000 | | 25.43 | 45,317.51 |

Page Subtotals   36,389.89   437.61

Ver: 20.00d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit 9

| | |
|---|---|
| Case No: | 13-34832  -DRC |
| Case Name: | HARTFORD & SONS, LLC |
| | |
| Taxpayer ID No: | *******4845 |
| For Period Ending: | 08/31/17 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 60 East 42nd Street, Room 965 New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.89 | 45,256.62 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.30 | 45,189.32 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.02 | 45,124.30 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.09 | 45,057.21 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.82 | 44,992.39 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.89 | 44,925.50 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.79 | 44,858.71 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.55 | 44,794.16 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.60 | 44,727.56 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.35 | 44,663.21 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.40 | 44,596.81 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.31 | 44,530.50 |
| 02/12/16 | 030003 | Arthur B. Levine Company Attention Maria Sponza | Bond Payment | 2300-000 | | 27.42 | 44,503.08 |

Page Subtotals                0.00              814.43

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:       13-34832 -DRC  
Case Name:    HARTFORD & SONS, LLC

Taxpayer ID No:   *******4845  
For Period Ending:   08/31/17

Trustee Name:       R. SCOTT ALSTERDA  
Bank Name:         ASSOCIATED BANK  
Account Number / CD #:    *******9966  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 Lexington Avenue, Suite 1101<br>New York, New York 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.91 | 44,441.17 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.07 | 44,375.10 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.85 | 44,311.25 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.88 | 44,245.37 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.66 | 44,181.71 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.69 | 44,116.02 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.58 | 44,050.44 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.38 | 43,987.06 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.40 | 43,921.66 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.19 | 43,858.47 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.21 | 43,793.26 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 65.11 | 43,728.15 |
| 02/10/17 | 030004 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420 | Bond #016073584 2/1/17 to 2/1/18 | 2300-000 | | 15.88 | 43,712.27 |

Page Subtotals      0.00      790.81

Ver: 20.00d

FORM 2                                                                                                          Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                               Exhibit 9

| Case No: | 13-34832  -DRC | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HARTFORD & SONS, LLC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4845 | | | |
| For Period Ending: | 08/31/17 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.71 | 43,653.56 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.90 | 43,588.66 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.71 | 43,525.95 |
| 08/08/17 | 030005 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 5,428.59 | 38,097.36 |
| 08/08/17 | 030006 | R. Scott Alsterda as Trustee 70 West Madison Street, Suite 3500 Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 163.91 | 37,933.45 |
| 08/08/17 | 030007 | Office of the U.S. Trustee 219 S. Dearborn St. Room 873 Chicago, IL 60604 | Claim 000005, Payment 100.00000% | 2950-000 | | 325.00 | 37,608.45 |
| 08/08/17 | 030008 | Nixon Peabody LLP 70 West Madison Street Suite 3500 Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 30,509.50 | 7,098.95 |
| 08/08/17 | 030009 | Nixon Peabody LLP 70 West Madison Street Suite 3500 | Attorney for Trustee Fees (Trustee | 3120-000 | | 447.80 | 6,651.15 |

Page Subtotals                                             0.00                37,061.12

Ver: 20.00d

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-34832  -DRC |
| Case Name: | HARTFORD & SONS, LLC |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9966  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******4845 |
| For Period Ending: | 08/31/17 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |
| 08/08/17 | 030010 | Kutchins, Robbins & Diamond, Ltd. c/o Lois West 35 East Wacker Drive, Suite 1550 Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 484.50 | 6,166.65 |
| 08/08/17 | 030011 | International Union of Operating Engineers, Local 150 c/o Elizabeth A. LaRose IUOE Local 150 Legal Department 6140 Joliet Road Countryside IL 60525 | Claim 000009B, Payment 2.61755% | 5400-000 | | 75.54 | 6,091.11 |
| 08/08/17 | 030012 | Midwest Operating Engineers Welfare Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Claim 000010A, Payment 2.61768% | 5400-000 | | 1,194.97 | 4,896.14 |
| 08/08/17 | 030013 | Operating Engineers Local 150 Apprenticeship Fund c/o Elizabeth A. LaRose Institute for Worker Welfare, PC 6141 Joliet Road Countryside IL 60525 | Claim 000011A, Payment 2.61756% | 5400-000 | | 90.11 | 4,806.03 |
| 08/08/17 | 030014 | Construction Industry Research & Service Trust Fund c/o Elizabeth LaRose | Claim 000012A, Payment 2.61820% | 5400-000 | | 27.40 | 4,778.63 |

| | | | Page Subtotals | | 0.00 | 1,872.52 | |

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 25)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-34832 -DRC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | HARTFORD & SONS, LLC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9966 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4845 | | |
| For Period Ending: | 08/31/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Institute for Worker Welfare, PC<br>6141 Joliet Road<br>Countryside IL 60525 | | | | | |
| 08/08/17 | 030015 | Midwest Operating Engineers<br>Retirement Enhancement<br>c/o Elizabeth A. LaRose<br>Institute for Worker Welfare, PC<br>6141 Joliet Road<br>Countryside IL 60525 | Claim 000013A, Payment 2.61765% | 5400-000 | | 72.09 | 4,706.54 |
| 08/08/17 | 030016 | Local 150 I.U.O.E. Vacation Savings Plan<br>c/o Elizabeth A. LaRose<br>Institute for Worker Welfare, PC<br>6141 Joliet Road<br>Countryside IL 60525 | Claim 000014A, Payment 2.61763% | 5400-000 | | 136.97 | 4,569.57 |
| 08/08/17 | 030017 | Midwest Operating Engineers<br>Pension Trust Fund<br>c/o Elizabeth A. LaRose<br>Institute for Worker Welfare, P.C.<br>6141 Joliet Road<br>Countryside IL 60525 | Claim 000018A, Payment 2.61769% | 5400-000 | | 723.55 | 3,846.02 |
| 08/08/17 | 030018 | Plumbers' Fringe Benefit Funds<br>Local 130, U.S.<br>Mr. Frank Marco<br>Gregorio & Associates<br>2 N. LaSalle Street, Suite 1650<br>Chicago, IL 60602 | Claim 000027A, Payment 2.61768% | 5400-000 | | 3,846.02 | 0.00 |

| | | | | Page Subtotals | 0.00 | 4,778.63 | |

Ver: 20.00d

Page: 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:          13-34832 -DRC
Case Name:     HARTFORD & SONS, LLC

Trustee Name:                      R. SCOTT ALSTERDA
Bank Name:                         ASSOCIATED BANK
Account Number / CD #:     *******9966  Checking Account (Non-Interest Earn

Taxpayer ID No:  *******4845
For Period Ending:  08/31/17

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 4,500.00 | COLUMN TOTALS | 45,785.86 | 45,785.86 | 0.00 |
| Memo Allocation Disbursements: | 1,000.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 45,785.86 | 45,785.86 | |
| Memo Allocation Net: | 3,500.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 45,785.86 | 45,785.86 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 4,500.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,000.00 | Checking Account (Non-Interest Earn - *******9966 | 45,785.86 | 45,785.86 | 0.00 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| Total Memo Allocation Net: | 3,500.00 | | 45,785.86 | 45,785.86 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:    /s/    R. SCOTT ALSTERDA
_____    Date: 08/31/17
R. SCOTT ALSTERDA

Page Subtotals                    0.00                    0.00

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 27)*